NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re FEDERAL BAR FOUNDATION,**
*Appellant*

---

2024-1071

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 90525583.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b), with each side to bear its own costs,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  All pending motions are denied as moot.

2                                          IN RE FEDERAL BAR FOUNDATION

(3)  Each side shall bear its own costs.

FOR THE COURT



November 4, 2025                            Jarrett B. Perlow
        Date                               Clerk of Court

ISSUED AS A MANDATE:  November 4, 2025